# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SMITH & NEPHEW, INC. V. EXOGEN SOLUTIONS, LLC | **FILED: JULY 31, 2008**<br>**08CV4362**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE ASHMAN**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SMITH & NEPHEW, INC.

| NAME (Type or print) |
|---|
| DANIEL D. FROHLING |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ DANIEL D. FROHLING |
| FIRM |
| LOEB & LOEB LLP |
| STREET ADDRESS |
| 321 N. CLARK STREET, SUITE 2300 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 41408 (IL) | 312/464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐