# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:
SMITH & NEPHEW, INC. V. EXOGEN SOLUTIONS, LLC

**FILED: JULY 31, 2008**
**08CV4362**
**JUDGE PALLMEYER**
**MAGISTRATE JUDGE ASHMAN**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SMITH & NEPHEW, INC.

| | |
|---|---|
| NAME (Type or print) | |
| THOMAS P. JIRGAL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ THOMAS P. JIRGAL | |
| FIRM | |
| LOEB & LOEB LLP | |
| STREET ADDRESS | |
| 321 N. CLARK STREET, SUITE 2300 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6291661 (IL) | 312/464-3100 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐