IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SMITH & NEPHEW, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. |
| | ) |
| EXOGEN SOLUTIONS LLC, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF TRADEMARK CLAIMS—LOCAL RULE 3.4

Pursuant to Local Rule 3.4, plaintiff Smith & Nephew, Inc. provides the following information concerning the parties and trademark registrations at issue in this Complaint:

**Plaintiff:**  Smith & Nephew, Inc.
1450 Brooks Road
Memphis, TN  38116

**Defendant:**  Exogen Solutions, LLC
55 E. Monroe St., Suite 2600
Chicago, IL  60603

**Trademark Registration Numbers:**  U.S. Reg. No. 2,508,939
U.S. Reg. No. 3,166,561

Date:  July 31, 2008

/s/ Daniel D. Frohiling
Daniel D. Frohling
Thomas P. Jirgal
LOEB & LOEB LLP
321 North Clark, Suite 2300
Chicago, Illinois  60654
Telephone:  (312) 464-3100
Facsimile:   (312) 464-3111
dfrohling@loeb.com
tjirgal@loeb.com

Attorneys for Plaintiff Smith & Nephew, Inc.